**Jerry BEATTY, Plaintiff—Appellant,**

v.

**Stephen M. SHILOH, General Manager; Lawford R. Bell, Operations Manager; Robert Beck; Unknown Agents and Employees of State Use Industries; Unknown Agents and Employees of Maryland Division of Corrections, Defendants—Appellees.**

No. 04–7667.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

Jerry Beatty, Appellant pro se. John Joseph Curran, Jr., Attorney General, Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jerry Beatty appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accord-ingly, we affirm for the reasons stated by the district court. *See Beatty v. Shiloh,* No. CA–04–481–WMN (D. Md. June 8, 2004; Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*